

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00030-CR

---

REGINALD REECE, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 20F0970-005

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Reginald Reece pled guilty to theft of property valued at less than $2,500.00. He was sentenced to thirteen years' confinement in prison.[1] The trial court ordered Reece's sentence to run consecutively with two other state-jail felony theft convictions in which he was also sentenced to thirteen years in prison.[2] Via a consolidated brief, Reece appeals, arguing that (1) the trial court abused its discretion when it ordered his sentences to run consecutively, rather than concurrently, and (2) the trial court did not give him the correct amount of jail-time credit. In addition to its response to Reece's points of error, the State also presented a cross-point of error, maintaining, among other things, that Reece did not have a right of appeal because the "records did, and could not, contain certificates of . . . appeal" since, according to the State, Reece entered pleas of guilty in each case.[3]

We addressed Reece's arguments and the State's cross-point of error in detail in our opinion in appellate court cause number 06-24-00029-CR, and we apply the same legal standard and analysis here as we did in that case.

We modify the trial court's judgment in trial court cause number 20F0970-005 by deleting the word "CONSECUTIVELY" from the "THIS SENTENCE SHALL RUN:" section and modifying that section to state, "THIS SENTENCE SHALL RUN:  AFTER REECE HAS

---

[1]In this case, Reece appeals his theft conviction in trial court cause number 20F0970-005.

[2]In our appellate court cause number 06-24-00029-CR, Reece appeals his theft conviction in trial court cause number 21F0725-005. Likewise, in our appellate court cause number 06-24-00031-CR, Reece appeals his theft conviction in trial court cause number 20F0292-005.

[3]For the reasons stated in our opinion in appellate court cause number 06-24-00029-CR, we overrule the State's cross-point of error.

SERVED HIS THIRTEEN-YEAR SENTENCE IN TRIAL COURT CAUSE NUMBER 21F0725-005; THIS SENTENCE SHALL RUN CONCURRENTLY WITH REECE'S SENTENCE IN TRIAL COURT CAUSE NUMBER 20F0292-005."

We affirm the trial court's judgment, as modified.


Jeff Rambin
Justice

Date Submitted:    July 9, 2025
Date Decided:    February 13, 2026

Do Not Publish